IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KELLY ANN PATTON, AS SUCCESSOR AGENT AND ATTORNEY-IN-FACT FOR PATRICIA ANN PATTON, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-17-2338 |
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION; UNITED STATES DEPARTMENT OF VETERANS AFFAIRS, | § § § § § | |
| Defendants. | § | |

**FINAL JUDGMENT**

For the reasons stated in the accompanying memorandum and opinion, the defendants' motion for summary judgment, (Docket Entry No. 34), is granted. This case is dismissed, with prejudice.

SIGNED on May 7, 2018, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge